JUDGE KEENAN

08 CV 00173

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LINC Acquisition One, LLC

                                Plaintiff,

-v-

Joseph J. Bianco, Bruce Raben, Manuel
Fernandez, and Craig Ellins

                                Defendant.

Case No.

**Rule 7.1 Statement**

---

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

LINC Acquisition One, LLC     (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

LINC Acquisition One, LLC has no corporate parents, affiliates, and/or subsidiaries, which are publicly held.

**Date:** January 8, 2008

_Signature of Attorney_

**Attorney Bar Code:** RS2827