USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-26-2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x

Linc Acquisition

—v—

Joseph Bianco, et al

-----------------------------------x

08 cv 173 (JFK)

Please be advised that the conference scheduled for March 27, 2008 has been rescheduled to March 26, 2008 at 9:45 am in Courtroom 20-C. Mr. Smith is directed to notify all parties.

SO ORDERED

Dated: New York, New York

February 26, 2008

JOHN F. KEENAN
United States District Judge