UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN ACQUISITIONS, LLC,<br><br>    Plaintiff,<br><br>JOSEPH J. BIANCO,<br>BRUCE RABEN,<br>MANUEL FERNANDEZ, AND<br>CRAIG ELLINS,<br><br>    Defendants. | Civil Action No. 08-cv-000173 |

## ASSENTED-TO MOTION TO DISMISS WITH PREJUDICE

The plaintiff, American Acquisitions, LLC ("American") moves to dismiss this action with prejudice pursuant to a settlement agreement between the parties. Counsel for the Defendants assents to the relief requested herein.

    Respectfully submitted,

    AMERICAN ACQUISITIONS, LLC

    By its attorneys:

    /s/ Robert B. Smith
    Robert B. Smith, Esq. (#RS2827)
    Nelson, Kinder, Mosseau & Saturley, P.C.
    45 Milk Street
    Boston, MA 02109
    617-778-7500
    rsmith@nkms.com

Dated: March 19, 2008

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above document was sent to the following by first-class mail, postage prepaid:

        Richard Lucas, Esq., Counsel for Defendants
        Arnold & Porter LLP
        555 Twelfth Street, NW
        Washington, DC  20004-1206

Dated: March 19, 2008        /s/ Robert B. Smith
        Robert B. Smith, Esq. (#RS2827)