
**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-24-2008
```

AMERICAN ACQUISITIONS, LLC,

    Plaintiff,

JOSEPH J. BIANCO,
BRUCE RABEN,
MANUEL FERNANDEZ, AND
CRAIG ELLINS,

    Defendants.

Civil Action No. 08-cv-000173

### ASSENTED-TO MOTION TO DISMISS WITH PREJUDICE

The plaintiff, American Acquisitions, LLC ("American") moves to dismiss this action with prejudice pursuant to a settlement agreement between the parties. Counsel for the Defendants assents to the relief requested herein.

    Respectfully submitted,

    AMERICAN ACQUISITIONS, LLC

    By its attorneys:

    /s/ Robert B. Smith
    Robert B. Smith, Esq. (#RS2827)
    Nelson, Kinder, Mosseau & Saturley, P.C.
    45 Milk Street
    Boston, MA 02109
    617-778-7500
    rsmith@nkms.com

Dated: March 19, 2008

```
SO ORDERED.
Dated:  New York, N.Y.
        March 24, 2008

        John F Keenan
        _____
        U.S.D.J.
```